LYSSA S. ANDERSON
Nevada Bar No. 5781
KAEMPFER CROWELL RENSHAW
GRONAUER & FIORENTINO
8345 West Sunset Road, Suite 250
Las Vegas, Nevada 89113
Telephone:  (702) 792-7000
Fax:            (702) 796-7181
landerson@kcnvlaw.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DR. TAM NGUYEN,<br><br>            Plaintiff,<br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; Police Officer NAKAGAWA (LVMPD #5476), individually and as police officer employed by the Las Vegas Metropolitan Police Department; Police Officer GEIGER (LVMPD #9864), individually and as police officer employed by the Las Vegas Metropolitan Police Department; POLICE OFFICER JOHN DOES I-XX; and JOHN DOES I-XX, inclusive,<br><br>            Defendants. | Case No.<br><br>(District Court, Clark County of Nevada Case No. A-12-665334-C)<br><br>**DEFENDANTS' NOTICE OF REMOVAL** |

Pursuant to 28 U.S.C. § 1441, Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT, OFFICER NAKAGAWA and OFFICER GEIGER ("Defendants"), by and through their counsel, hereby remove this action to this Court. In support of this action, Defendants state as follows:

/./././

/./././

1. This action was commenced in the Eighth Judicial District Court of Clark County, State of Nevada. The Complaint was filed in the Eighth Judicial District Court on July 17, 2012 under Case No. A-12-665334-C. Defendants were served with process on August 8, 2012.

2. This Notice of Removal is filed within thirty (30) days after receipt by Defendants of the Complaint, in compliance with 28 U.S.C. § 1446(b) and per this Court's decision in *Coleman v. Assurant, Inc.*, 463 F.Supp.2d 1164 (D. Nev. 2006) (providing thirty (30) days for removal after notice and/or service of each defendant). Pursuant to § 1446(a), a copy of the following are attached hereto as Exhibit A: (1) Complaint; (2) Summons to Defendants; and (3) Notice by Defendants of Removal of Action. On information and belief, no other pleadings have been served and no orders have been entered.

3. Removal is appropriate pursuant to 28 U.S.C. § 1441(b), as this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331 (granting district courts original jurisdiction over claims "arising under the Constitution, laws, or treaties of the United States"). Plaintiff's Complaint asserts claims for violations of 42 U.S.C. § 1983. Defendants' first notice of this action was on August 8, 2012, the date that they were served with a summons and a copy of the Plaintiff's Complaint.

4. The above-entitled action is a civil action for compensatory and punitive damages based on allegations of 42 U.S.C. § 1983 violations, false arrest, false imprisonment and intentional infliction of emotional distress. As to the non-federal claims, 28 U.S.C. § 1441(c) provides grounds for removal.

5. Pursuant to 28 U.S.C. § 1446(a), the state court in which this action was commenced is within this Court's jurisdiction.

6. Pursuant to 28 U.S.C. § 1446(d), Defendants file this Notice of Removal within thirty (30) days of receipt by Defendants of Plaintiff's Complaint in the state court action.

7. Pursuant to U.S.C. § 1446(d), Defendants certify that a copy of this Notice of Removal will be served promptly on Plaintiff and filed with the Clerk of the Eighth Judicial District Court, Clark County, Nevada.

DATED this 27th day of August, 2012.

KAEMPFER CROWELL RENSHAW
GRONAUER & FIORENTINO

BY: _____
LYSSA S. ANDERSON (Nevada Bar No. 5781)
8345 West Sunset Road, Suite 250
Las Vegas, Nevada 89113
**Attorneys for Defendants**

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this date I electronically filed the foregoing **DEFENDANTS' NOTICE OF REMOVAL** using the court's CM/ECF system which will send notification to the following:

Cal J. Potter, III, Esq.
Potter Law Offices
1125 Shadow Lane
Las Vegas, Nevada 89102
(702) 385-1954
(702) 385-9081 - facsimile
**Attorney for Plaintiff**

DATED this 27th day of August, 2012.

_____
an employee of
Kaempfer Crowell Renshaw Gronauer & Fiorentino

1167612_1.DOC  6943.52