# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DR. TAM NGUYEN,

        Plaintiff,

vs.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.,*

        Defendants.

Case No.: 2:12-cv-01527-GMN-GWF

**ORDER ACCEPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE FOLEY**

Before the Court for consideration is the Report and Recommendation (ECF No. 17) of the Honorable George W. Foley, Jr., United States Magistrate Judge, entered November 5, 2012. No objections have been filed. The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, and determines that Magistrate Judge Foley's Recommendation should be **ACCEPTED**.

**IT IS THEREFORE ORDERED** that Defendants Nakagawa and Geiger's Motion to Dismiss (#4) is granted, and that Plaintiff's claims against Defendants in their official capacities are dismissed.

DATED this 4th day of December, 2012.

_____
Gloria M. Navarro
United States District Judge